# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 27, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 22-60266    Calumet Shreveport Refining v. EPA
                 Agency No. 87 Fed. Reg. 24300
                 Agency No. EPA-420-R-22-011
                 Agency No. 87 Fed. Reg. 34873
                 Agency No. 87 Fed. Reg. 34873
                 Agency No. 87 Fed. Reg. 34873

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Majella A. Sutton, Deputy Clerk
                                504-310-7680

Mr. Merrick Garland, U.S. Attorney General
Mr. Andrew Gershenfeld
Mr. Jonathan Hardin
Mr. Bryan James Harrison
Mr. Samuel P. Hershey
Mr. Patrick Jacobi
Mr. Thomas E. Lauria
Mr. Gregory James Morical
Mr. Jeffrey Prieto
Mr. Taylor Robert Pullins
Mr. Michael S. Regan
Mr. Eric B. Wolff
Mr. Karl J. Worsham