Case No. 22-60266

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CALUMET SHREVEPORT REFINING, LLC; PLACID REFINING COMPANY LLC, ERGON REFINING, INCORPORATED; WYNNEWOOD REFINING COMPANY LLC,

        Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Respondent.

consolidated with

No. 22-60425

WYNNEWOOD REFINING COMPANY LLC; CALUMET SHREVEPORT REFINING COMPANY, LLC; THE SAN ANTONIO REFINERY LLC,

        Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Respondent.

consolidated with

No. 22-60433

ERGON REFINING, INCORPORATED; ERGON-WEST VIRGINIA, INCORPORATED,

        Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

               Respondent.

consolidated with

───────────────

No. 22-60434

PLACID REFINING COMPANY LLC,

               Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

               Respondent.

───────────────

PETITIONS FOR REVIEW OF A FINAL ACTION OF THE UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

**EPA'S RESPONSE TO PETITIONERS' JOINT MOTION TO FILE BRIEF IN EXCESS OF WORD-VOLUME LIMITATION**

On February 20, 2023, Petitioners jointly filed a motion seeking the Court's permission to file an opening merits brief of 17,000 words, which is 4,000 words in excess of the word-volume limitation in Federal Rule of Appellate Procedure 32(a)(7)(B)(i).  Doc. 218.  Petitioners first communicated this specific request to Respondent United States Environmental Protection Agency's ("EPA") counsel at 8:33 PM Eastern Standard Time on Friday, February 17, 2023.  Due to the federal holiday on February 20, 2023, EPA was unable to provide a response before Petitioners filed.

Provided that Petitioners do not oppose EPA's forthcoming request for a commensurate 4,000-word expansion beyond the word-limit for its response brief, which Petitioners have agreed to by email, then EPA does not oppose Petitioners' requested word expansion.  While EPA is not making any specific timing request for its response brief here, EPA notes that Petitioners' expansion of words will result in EPA needing more time for its response brief.

        Respectfully submitted,

        TODD KIM
        *Assistant Attorney General*

        s/ *Patrick R. Jacobi*
        PATRICK R. JACOBI
        U.S. Department of Justice
        Environment and Natural Resources Division
        Environmental Defense Section
        Denver Place Building
        999 18th Street
        Suite 370—South Terrace
        Denver, CO 80202
        Tel:  (303) 844-1348
        patrick.r.jacobi@usdoj.gov

| | |
|---|---|
| Of Counsel: | BRYAN J. HARRISON |
| | U.S. Department of Justice |
| SUSAN STAHLE | Environment & Natural Resources Division |
| U.S. Environmental Protection Agency | Environmental Defense Section |
| Office of General Counsel | P.O. Box 7611 |
| Washington, DC | Washington, DC  20044-7611 |
| | Tel:  (202) 307-0930 |
| February 21, 2023 | bryan.harrison@usdoj.gov |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 169 words according to the count of Microsoft Word, excluding the parts of the response exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this response was prepared in Microsoft Word 2016 with the proportionally-spaced typeface of Times New Roman 14-point.

Dated:  February 21, 2023                 s/ *Patrick R. Jacobi*
                                          PATRICK R. JACOBI

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing EPA's Response to Petitioners' Joint Motion to File Brief in Excess of Word-Volume Limitation was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Dated:  February 21, 2023                s/ *Patrick R. Jacobi*
                                          PATRICK R. JACOBI