# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

February 27, 2023

Michael R. Huston
Perkins Coie, L.L.P.
700 13th St., N.W.
Suite 800
Washington DC, 20005-3960

```
No. 22-60266    Calumet Shreveport Refining v. EPA
                USDC No. 87 Fed. Reg. 24300
                USDC No. EPA-420-R-22-011
                USDC No. 87 Fed. Reg. 34873
                USDC No. 87 Fed. Reg. 34873
                USDC No. 87 Fed. Reg. 34873
```

Dear Mr. Huston,

The following pertains to your electronically filed appearance form:

Counsel failed to complete the lower portion of the form.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cyril J. Morise, Deputy Clerk