

U.S. Department of Justice

Environment and Natural Resources Division

---

*Environmental Defense Section*  *Telephone (202) 305-4598*
*P.O. Box 7611*  *Facsimile (202) 514-8865*
*Washington, DC 20044*

July 22, 2025

**Via CM/ECF**

United States Court of Appeals
for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Calumet Shreveport Refining, L.L.C. v. EPA*
             Case No. 22-60266 (consol.)

Dear Mr. Cayce:

    In response to the Court's July 2, 2025 directive, *see* Doc. No. 458, the parties jointly submit this letter regarding the action the Court should take.

    The parties agree that this Court should transfer the petitions in this case to the D.C. Circuit. In *EPA v. Calumet Shreveport Refining, L.L.C.*, the Supreme Court held that the actions under review in this case were based on determinations of nationwide scope or effect and therefore, under 42 U.S.C. § 7607(b)(1), venue is appropriate only in the U.S. Court of Appeals for the D.C. Circuit. 605 U.S. ---, 145 S. Ct. 1735, 1752 (2025). The Supreme Court also vacated this Court's judgment and remanded the case back to this Court for further proceedings. *Id.* at 1754. Because venue is appropriate only in the D.C Circuit and this Court has inherent power to transfer a petition for review to a jurisdiction in which venue is proper, *see Georgia-Pacific Corp. v. FPC*, 512 F.2d 782, 783 (5th Cir. 1975), the parties respectfully request that this Court transfer these petitions for review to the D.C. Circuit.

                                  Respectfully submitted,

                                  /s/ Jeffrey Hughes
                                Jeffrey Hughes
                                Trial Attorney
                                U.S. Department of Justice

cc:    Michael R. Huston, Esq.
        Matthew W. Morrison, Esq.
        David Lehn, Esq.